IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN L. MENDEZ,

    Plaintiff,                  No. 2:12-cv-0684 KJN P

    vs.

UNKNOWN,

    Defendant.            ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 29, 2012, plaintiff's was informed that in order to commence an action, plaintiff must file a complaint and either pay the required filing fee or file an application to proceed in forma pauperis, and was granted thirty days leave in which to do so. The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: May 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mend0684.fta

1