1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IVAN L. MENDEZ,

11          Plaintiff,              No. 2:12-cv-0684 KJN P

12      vs.

13   UNKNOWN,

14          Defendant.              ORDER

15   _____/

16          Plaintiff consented to proceed before the undersigned for all purposes.  See 28

17   U.S.C. § 636(c).  By order filed March 29, 2012, plaintiff's was informed that in order to

18   commence an action, plaintiff must file a complaint and either pay the required filing fee or file

19   an application to proceed in forma pauperis, and was granted thirty days leave in which to do so.

20   The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise

21   responded to the court's order.  Accordingly, IT IS HEREBY ORDERED that this action is

22   dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23   DATED:  May 22, 2012

24                              _____
                                KENDALL J. NEWMAN
25                              UNITED STATES MAGISTRATE JUDGE

26   mend0684.fta

1